AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of:<br><br>One (1) Black Samsung Cellular telephone<br>with a cracked screen. | Case No. 21-9234 MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  9/2/2021  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/19/2021 @ 10:04am

*Judge's signature*  /s/ ESWillett

City and state: <u>Phoenix, Arizona</u>  <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is a One (1) Black Samsung Cellular telephone with a cracked screen, which was recovered pursuant to the arrest of Elise Marie CRUZ at the San Luis, Arizona Port of Entry on or about August 2, 2021. The **TARGET DEVICE** was processed as evidence by your affiant pursuant to the abovementioned arrest and HSI policy and procedure and is currently location is the HSI Evidentiary vault located at 7431 E. 30th St. Yuma, AZ 85365.

This warrant authorizes the forensic examination of the **TARGET DEVICE** for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

*Property to be seized*

Any records and information found within the digital contents of the **TARGET DEVICE** relating to any violations of 21 U.S.C. § 841 (Possession with Intent to Distribute a Controlled Substance), and 21 U.S.C. § 952 (Importation of a Controlled Substance). Including but not limited to,

a. All information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs;

b. All information related to buyers or sources of drugs (including names, addresses, telephone numbers, locations, or any other identifying information);

c. All bank records, checks, credit card bills, account information, or other financial records;

d. All information regarding the receipt, transfer, possession, transportation, or use of drug proceeds;

e. Any information recording schedule or travel;

f. Evidence indicating the cellular telephone user's state of mind as it relates to the crime under investigation;

g. Contextual information necessary to understand the above evidence.

h. Any records and information found within the digital contents of the **TARGET DEVICE** showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from

15

"apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.